UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID BINYARD, RICKY B. DAVIS, TYRONE TAYLOR, Individually and on behalf of a class of similarly situated persons,

                                        Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT, THE CITY OF NEW YORK, and DANIEL GILLIGAN, individually, and VARTAN KHACHADURIAN, individually,

                                        Defendants.

**NOTICE OF REMOVAL**

Case No. _____

------------------------------------------------------------x

**TO:   THE UNITED STATES DISTRICT COURT,
       SOUTHERN DISTRICT OF NEW YORK**

       Defendants, by and through their attorney, Zachary W. Carter, Corporation Counsel of the City of New York, respectfully show this Court as follows:

       1.     On June 11, 2015, defendants City and NYPD received a Summons and Complaint by personal service, in the above-captioned action, pending in the Supreme Court of the State of New York, County of New York, Index No. 155323/2015, naming the City of New York and New York City Police Department as defendants, and setting forth the claims for relief upon which the action is based.

       2.     On June 15, 2015, defendants Deputy Director Vartan Khachadurian and Deputy Director Daniel Gilligan received a Summons and Complaint by personal service, in the above-captioned action, pending in the Supreme Court of the State of New York, County of New York, Index No. 155323/2015, naming Deputy Director Vartan Khachadurian and Deputy

Director Daniel Gilligan as defendants, and setting forth the claims for relief upon which the action is based.

3. A copy of plaintiff's Summons and Complaint is annexed hereto as Exhibit "A," along with a copy of all other process, pleadings, and orders served upon defendants.

4. Plaintiffs brings this lawsuit alleging, *inter alia*, that defendants discriminated against them in violation of 42 U.S.C. §§ 1981 and 1983. See Complaint, Exhibit "A," "Fifth Cause of Action" and "Sixth Cause of Action."

5. The above-captioned action is a civil action of which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, in that it alleges a claim arising under the laws of the United States against defendants. This action is therefore removable to the United States District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441(b).

6. This Notice of Removal is timely because it is being filed within thirty days (30) days of defendants Deputy Director Vartan Khachadurian's and Deputy Director Daniel Gilligan's receipt of the initial pleading. See 28 U.S.C. § 1446(b).

7. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action has been pending.

WHEREFORE, defendants respectfully requests that this action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:     New York, New York
           July 14, 2015

>                                ZACHARY W. CARTER
>                                Corporation Counsel of the
>                                  City of New York
>                                Attorney for Defendants
>                                100 Church Street, Room 2-183
>                                New York, New York 10007-2601
>                                (212) 356-2442
>                                cbouriat@law.nyc.gov
>
>                         By:    /s/ Christopher Bouriat
>                                Christopher Bouriat
>                                Assistant Corporation Counsel

TO:   **LEVINE & BLIT, P.C.**
      350 Fifth Avenue, Suite 3601
      New York, New York 10118
      Att: Russel S. Moriarty